IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:24-CR-70 |
| | § | Judge Mazzant |
| MICHAEL AXEL FLORES RAMIREZ | § | |

## FACTUAL BASIS

The defendant, MICHAEL AXEL FLORES RAMIREZ, hereby stipulates and agrees that at all times relevant to the First Superseding Indictment herein, the following facts were true:

1. That I, MICHAEL AXEL FLORES RAMIREZ am pleading guilty to Count One of the First Superseding Indictment, 18 U.S.C. §§ 933(a)(2), (3) (Trafficking in Firearms; Attempt), and am the same person charged in the First Superseding Indictment.

2. That the events alleged in the First Superseding Indictment occurred in the Eastern District of Texas on or about the dates and places specified in the First Superseding Indictment.

3. That on or about May 1, 2021, and continuing up to and including the date of the filing of this First Superseding Indictment, I did knowingly conspire and agree with others known and unknown to the United States Grand Jury to receive or attempt to receive, in and affecting interstate commerce, firearms, to-wit: FN

Statement of Facts – Page 1

M249S 5.56 caliber rifles, Barrett, .50 caliber rifles, AK47 rifles, FN SCAR rifles, Century Arms International VSKA .762 rifles.

4. That I knew or had reasonable cause to believe that the receipt of said firearms would constitute a felony offense under Federal or State law, punishable by imprisonment for a term exceeding one year.

5. That said firearms listed in paragraph three above, had traveled in interstate or foreign commerce as defined by 18 U.S.C. § 921(a)(2).

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis in support of my plea agreement and the First Superseding Indictment and have discussed them with my attorney. I fully understand the contents of this factual basis and agree without reservation that the United States can prove each of these acts and that it accurately describes my acts and the events as recited as I know them.

Dated: 5/2/25

MICHAEL AXEL FLORES RAMIREZ
Defendant

### DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis in support of plea agreement and the First Superseding Indictment and have reviewed them with my client. Based upon my discussion with the defendant, I am satisfied that the defendant understands the

factual basis as well as the First Superseding Indictment, and is knowingly and voluntarily agreeing to these stipulated facts.

Dated: 5/2/25

_____
HUGO AGUILAR
Attorney for Defendant