IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | NO. 4:24-CR-00070-ALM |
| MICHAEL AXEL FLORES RAMIREZ (1) | § | |

**FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE
PURSUANT TO RULE 11(c)(1)(C)**

In accordance with 28 U.S.C. § 636(b), this matter was referred to me for administration of a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure. On May 20, 2025, the court conducted a hearing in the form and manner prescribed by that rule on the defendant's plea of guilty to the First Superseding Indictment charging the defendant in Count One with violation of Title 18 U.S.C. § 933(a)(2), (3) – Trafficking in Firearms, Attempt. The court now makes the following findings:

a. After consultation with counsel of record, the defendant knowingly and voluntarily consented to the administration of the guilty plea by a United States Magistrate Judge, subject to a final acceptance and imposition of sentence by a United States District Judge;

b. The defendant and the government entered into a plea agreement that was filed and disclosed in open court in accordance with Federal Rules of Criminal Procedure 11(c)(2);

c. The defendant is fully competent and capable of entering an informed plea;

d. The defendant is aware of the nature of the charges, the maximum penalties, and the consequences of the plea;

e. The plea of guilty is a knowing and voluntary plea supported by an independent basis in fact encompassing each of the essential elements of the offense; and

f. The defendant understands all of the constitutional and statutory rights enumerated in

Rule 11(b), including the right to a trial by jury, and wants to waive those rights.

**IT IS RECOMMENDED** that the District Judge accept the plea agreement and the guilty plea of the defendant, and that the defendant be adjudged guilty, reserving to the District Judge the option of rejecting the plea agreement pursuant to Rule 11(c)(5) if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

The defendant waived the right to object to the findings of the Magistrate Judge in this matter, and, the government also waived its right to object, so the court will present this report and recommendation to the District Judge for adoption immediately upon issuance.

SIGNED this the 20th day of May, 2025.

_____
J. Boone Baxter
UNITED STATES MAGISTRATE JUDGE